## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TRACIE CHIN and SALVATORE MONTALBANO, individually, and on behalf of other members of the general public similarly situated,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>GENERAL MILLS, INC.,<br><br>                    Defendant. | CLASS ACTION<br><br>Case No. 12-cv-2150-MJD-TNL<br><br>**DEFENDANT GENERAL MILLS, INC.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)** |

Pursuant to Rules 12(b)(1) and 12(b)(6), Defendant General Mills, Inc. ("General Mills") moves this Court for an Order dismissing the Amended Complaint. General Mills moves the Court for an Order dismissing all Counts in the Amended Complaint pursuant to Rule 12(b)(1) because Plaintiffs lack standing under Article III of the United States Constitution to assert claims related to products they did not purchase.

General Mills also moves this Court for an Order dismissing Count I (Magnuson-Moss Warranty Act written-warranty claim), Count II (Magnuson-Moss Warranty Act implied-warranty claim), Count III (unjust enrichment), Count IV (breach of express warranty), Count V (breach of implied warranty), Count VI (fraudulent misrepresentation), Count VII (Minnesota's consumer protection statutes), and Count X (New Jersey Consumer Fraud Act) of the Amended Complaint pursuant to Rule 12(b)(6) because Plaintiffs have failed to state viable claims.

This Motion is based upon the accompanying Memorandum of Law in support of the Motion, the Declaration of Maria Carolina Comings, Exhibits 1-11 thereto, as well as the files, records, and proceedings herein.

Dated: January 22, 2013					Respectfully submitted,


							s/ Jerry W. Blackwell_____
							Jerry W. Blackwell, Minn. Bar #186867
							Benjamin W. Hulse, Minn. Bar #390952
							Mary S. Young, Minn. Bar #392781
							Emily A. Babcock, Minn. Bar #391439
							BLACKWELL BURKE P.A.
							431 South Seventh Street, Suite 2500
							Minneapolis, MN 55415
							Telephone: (612) 343-3200
							Fax: (612) 343-3205
							blackwell@blackwellburke.com
							bhulse@blackwellburke.com
							myoung@blackwellburke.com
							ebabcock@blackwellburke.com

							**ATTORNEYS FOR DEFENDANT GENERAL MILLS, INC.**